AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Mario Antonio Sydnor, Sr. | ) Case No. 2:21-mj-790 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 9, 2021__ in the county of __Franklin__ in the
__Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Convicted Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED

☒ Continued on the attached sheet.

*TFO B. V. Boesch*
Complainant's signature

ATF Task Force Officer Brian V. Boesch
Printed name and title

Sworn to before me and signed in my presence.

Date: 12-9-21

*Judge's signature*

City and state: Columbus, OH

Magistrate Judge Chelsey M. Vascura
Printed name and title

AO 91 (Rev. 11/11) Criminal Complaint

## ATTACHMENT A

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of an application for a federal arrest warrant and criminal complaint against **Mario Antonio SYDNOR, SR.** for the following:

    a. Being a Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. § 92(g)(1)

    My knowledge of this investigation is based upon my own personal observations, as well as the observation and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that SYDNOR, SR. has committed the above-referenced violations.

2. On or about December 7, 2021, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO) Samuel Chappell obtained a federal search warrant for the residence of Mario SYDNOR located at 808 Gascony Dr. Reynoldsburg, OH. The items to be seized included, but were not limited to, firearms, cash, and illicit narcotics.

3. On or about December 9, 2021, at approximately 10:01am, Special Agents (SA) and TFO's from the ATF Columbus Field Office executed the search warrant at 808 Gascony Dr. Several moments prior to the execution of the warrant, SYDNOR was detained in the driveway of the residence as he sat in the driver's seat of his white GMC Yukon.

4. Once the structure was cleared of any persons and dogs, other members of the ATF Columbus Field Office and Columbus Division of Police (CPD) began searching the residence.

5. In the first floor master bedroom, on the nightstand next to the side of the bed, ATF TFO Jerry Orick observed and seized a loaded FN model 509, 9mm handgun, bearing serial number GKS0106580. The handgun was loaded with 13 rounds, including one in the chamber.

6. The handgun was on a nightstand on the side of the bed that contained several drawers of men's clothing, the size of which were consistent with the build of SYDNOR. There were also a pair of men's fashion sunglasses on the same side of the bed on a shelf in the head board. A pair of men's shoes were on the floor next to the same side of the bed. The other side of the bed contained items consistent with those belonging to a female.

7. SYDNOR is prohibited from possessing a firearm and/or ammunition due to a felony conviction of

AO 91 (Rev. 11/11) Criminal Complaint

Trafficking in Drugs in the Franklin County Court of Common Pleas, case number 03CR2202. This offense is punishable by more than one year in prison. SYDNOR was also convicted of Possession of Drugs in the Franklin County Court of Common Pleas, case number 98CR3510. This offense is also punishable by more that one year in prison.

8. SYDNOR was also convicted in the Scioto County, OH Court of Common Pleas, case number 06CR1458. The offenses SYDNOR was found guilty of at trial include Possession of Crack Cocaine, F1; Trafficking in Drugs, F1; and Having a Weapon Under Disability, F3. All three offenses are punishable by over one year in prison.

9. The offense of Being a Felon in Possession of a Firearm on December 9, 2021 was committed in the Southern District of Ohio.

TFO *(signature)*
Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence.

*(signature)*      12-9-21

Chelsey M. Vascura      Date
U.S. Magistrate Judge